IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION (CINCINNATI)

| | | |
|---|---|---|
| THE PROCTER & GAMBLE COMPANY, | : | CASE NO. 1:04CV591 |
| | : | |
| | : | (Judge Watson) |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| THE COCA-COLA COMPANY, et al., | : | AGREED ORDER OF DISMISSAL |
| | : | |
| | : | |
| Defendants. | : | |

Pursuant to Fed. R. Civ. P. 41(a), Plaintiff The Procter & Gamble Company and Defendants The Coca-Cola Company and Coca-Cola Enterprises, Inc., agree that this action should be and is dismissed with prejudice.  All claims, including the counterclaims of Defendants, are dismissed with prejudice.  Each party shall bear its own respective costs and attorneys' fees.

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

STIPULATED AND AGREED:


s/ Charles J. Faruki
Charles J. Faruki (0010417)
  Trial Attorney
Jeffrey T. Cox (0055420)
Donald E. Burton (0040553)
FARUKI IRELAND & COX P.L.L.
500 Courthouse Plaza, S.W.
10 North Ludlow Street
Dayton, Ohio 45402
Telephone:  (937) 227-3705
Telecopier:  (937) 227-3717
E-Mail:  cfaruki@ficlaw.com

Attorneys for Plaintiff



s/ Robert L. Burns (by telephone authorization 3/14/06)
Robert L. Burns (admitted *pro hac vice*)
Donald R. Dunner (admitted *pro hac vice*)
Gerald F. Ivey (admitted *pro hac vice*)
Christopher P. Isaac (admitted *pro hac vice*)
Charles H. Suh (admitted *pro hac vice*)
Christopher W. Day
FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, L.L.P.
901 New York Avenue., N.W.
Washington, D.C.  20001-4413
Telephone:  (202) 408-4000
Facsimile:    (202) 408-4400
E-Mail:  Robert.Burns@finnegan.com

Roger J. Makley
Trial Attorney (Reg. No. 0018702)
BOUCHER & BOUCHER CO., L.P.A.
12 West Monument Avenue, Suite 200
Dayton, OH  45402
Telephone:  (937) 223-0122
Facsimile:   (937) 223-0120
E-Mail:  makley@boucherandboucher.com

Attorneys for Defendants